AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Troy Stubbs

JUDGMENT IN A CIVIL CASE

v.

Mike Cress, et al

CASE NUMBER: CV-08-304-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the District Court Executive shall TERMINATE Defendants Mike Cress, Steve Higgins/Weeks and Pend Oreille County Jail from this action. Plaintiff's Eighth Amendment claim against Defendant Johnson is DISMISSED with prejudice. IT IS ALSO ORDERED Plaintiff's First Amended Complaint is DISMISSED with prejudice for failure to state claims upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

| | |
|---|---|
| January 27, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |